Case 1:09-cv-10543-NG   Document 4   Filed 08/06/09   Page 1 of 3

| | |
|---|---|
| CELESTE C. GRYNBERG,<br>derivatively for BG GROUP P.L.C., a United Kingdom corporation,<br>    Serve at : Prentice Point, Suite 500, 5299 DTC Blvd., Greenwood Village, CO 80111, U.S.A.,<br><br>                        Plaintiffs,<br>            v.<br><br>BG GROUP P.L.C.,<br>   Serve at: 100 Thames Valley Park Drive, Reading Berkshire, England;<br>d/b/a BG AMERICAS & GLOBAL LNG, a Texas corporation,<br>   Serve at: CT Corporation Systems, 350 N. St. Paul Street, Dallas, TX 75201 USA;<br>ROBERT WILSON,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>FRANK CHAPMAN,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>ASHLEY ALMANZA,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>JURGEN DORMANN,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>MARTIN HOUSTON,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>DAVID MANNING,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>PHILIPPE VARIN,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>PETER BACKHOUSE,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>SARAH HOGG,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>JOHN HOOD,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA);<br>COLIN SHARMAN,<br>   Serve at: BG Americas & Global LNG, Suite 1200, 5444 Westheimer, Houston, Texas, 77056 (USA),<br><br>                        Defendants. | NO.    1:09-cv-10543<br><br><br>**SHAREHOLDER**<br>**DERIVATIVE COMPLAINT**<br><br>Plaintiff, Celeste C. Grynberg, by her attorneys, allege for her Shareholder Derivative Complaint, upon personal knowledge and upon information and belief, as follows: |

Now comes the Plaintiff, CELESTE C. GRYNBERG, and moves pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that this Honorable Court dismiss this Complaint without prejudice. As reasons, the Plaintiff states that the parties have reached an agreement as to the resolution of this matter. Further, the Plaintiff states that this Complaint was not served upon the Defendants and as a result there have not been any responsive pleadings filed in this matter.

Wherefore, the Plaintiff respectfully requests that the Complaint be dismissed without prejudice forthwith.

THE LAW OFFICES OF
EDWARD SHARKANSKY

/s/ Edward Sharkansky
Edward Sharkansky
1308 Belmont Street
Brockton, MA 02301
Telephone: 508-587-7977
Facsimile: 508-587-5455
BBO No. 600304

Dated: August 5, 2009